IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 5:09-cv-203BR |
| ) | |
| JOHN M. GOODIN, BOTH ) | |
| INDIVIDUALLY AND AS TRUSTEE OF ) | |
| STAGE ONE ENTERPRISES, ) | |
| DEBORAH C. GOODIN, ) | |
| SUNTRUST BANK, INC., and ) | |
| SHELBA GOODIN SHRUM, ) | |
| TRUSTEE OF J & S ENTERPRISES ) | |
| ) | |
| Defendants. ) | |

ENTRY OF DEFAULT

Default is hereby entered against defendants, John M. Goodin and Deborah C. Goodin, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for having failed to appear, plead or otherwise defend in this action.

Dated this 26th day of August, 2011.

CLERK, U.S. DISTRICT COURT