UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CV-00203-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| JOHN M. GOODIN, | ) | |
| DEBORAH C. GOODIN, | ) | |
| SHELBA GOODIN SHRUM, | ) | |
| SUNTRUST BANK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the government's motion for entry of an order confirming the sale of real property. Having fully considered the motion and the record, it is hereby ORDERED that:

1. The government's motion is GRANTED;

2. The sale of the real property at issue in this case is CONFIRMED;

3. The Clerk is DIRECTED to disburse the proceeds of the sale, currently on deposit with the Clerk, as follows:

   a. $6342.67 to the Internal Revenue Service c/o Lawrence P. Blaskopf, U. S. Department of Justice, Trial Attorney, Tax Division, P. O. Box 227, Ben Franklin Station, Washington, DC 20044 for reimbursement of expenses of the sale;

   b. $7087.66 to the Wake County Tax Collector, 421 Fayetteville Street, Suite 200, Raleigh, NC 27601, account #0000098421;

    c.    $13,000.00 to SunTrust Bank c/o Anitra Goodman Royster, Alston & Bird LLP, 4721 Emperor Blvd., Suite 400, Durham, NC 27703-8580; and,

    d.    The funds remaining, $153,569.67, to the Internal Revenue Service c/o Lawrence P. Blaskopf, U. S. Department of Justice, Trial Attorney, Tax Division, P. O. Box 227, Ben Franklin Station, Washington, DC 20044.

4. The government shall ensure that the purchaser of the property, Property Management Enterprises, LLC, files the deed of sale in Wake County, N. C.

This 7 February 2013.

                        W. Earl Britt
                        Senior U.S. District Judge

2

Case 5:09-cv-00203-BR   Document 44   Filed 02/07/13   Page 2 of 2